UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

LESTER WATKINS

                  Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~20-CR-   ( )( )~~

21-CR-223

Defendant <u>LESTER WATKINS</u> hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

____    Initial Appearance Before a Judicial Officer

_X__    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Bail/Detention Hearing

____    Conference Before a Judicial Officer


<u>Lester Watkins by</u> *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Susanne Brody*
Defendant's Counsel's Signature

<u>Lester Watkins</u>
Print Defendant's Name

<u>Susanne Body</u>
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

<u>April 21, 2021</u>
Date

_____
U.S. District Judge/U.S. Magistrate Judge