UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20-CR-223 (VB)

21

LESTER LANDO WATKINS
                                Defendant(s).
-------------------------------------------------------------X

Defendant <u>LESTER LANDO WATKINS</u>, hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

\_\_\_    Initial Appearance Before a Judicial Officer

\_\_\_    Arraignment on an Indictment

\_\_\_    Bail/Detention Hearing

X\_\_\_    Conference Before a Judicial Officer

Lester Watkins by *Susanne Brody*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Susanne Brody*
Defendant's Counsel's Signature

<u>Lester Watkins</u>
Print Defendant's Name

<u>Susanne Brody</u>
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

<u>May 5, 2021</u>
Date

The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York