UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

LESTER LANDO WATKINS,
          Defendant.
------------------------------------------------------x

**ORDER**

21 CR 223 (VB)

      The status conference in this case shall proceed as scheduled on **July 16, 2021, at 11:00 a.m.**, and shall be conducted by videoconference using Microsoft Teams. See Order dated May 5, 2021 (Doc. #12).

      By **July 14, 2021**, defense counsel shall advise the Court in writing as to whether her client, after consultation with counsel, waives his right to be physically present and consents to appear by video.

Dated: July 7, 2021
      White Plains, NY

SO ORDERED:

*[signature]*

Vincent L. Briccetti
United States District Judge

1