UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

LESTER LANDO WATKINS

                                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 Cr. 223 (VB)

Defendant <u>LESTER LANDO WATKINS</u> hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

____ Initial Appearance Before a Judicial Officer

____ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

Lester Lando Watkins (by WB)
<u>Lester Lando Watkins by-Susanne Brody</u>      <u>Susanne Brody</u>
Defendant's Signature                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Lester Lando Watkins                          Susanne Brody
Print Defendant's Name                      Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

July 16, 2021
Date                                             The Honorable Vincent L. Briccetti
                                                 United States District Court Judge
                                                 Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/21