UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :    **ORDER**
v.                                 :
                                   :    21 CR 223 (VB)
LESTER LANDO WATKINS,              :
                    Defendant.     :
--------------------------------------------------------------x

Pending before the Court is defendant Watkins's motion to suppress physical evidence seized from his car on February 16, 2021, as well as post-arrest statements. Based on the papers submitted, including the government's letter of October 4, 2021, an evidentiary hearing is necessary to resolve the motion. The hearing is scheduled for November 10, 2021, at 2:00 p.m.

By no later than November 3, 2021, the parties shall confer and advise the Court by **joint** letter of their reasonable expectation of the length of time the hearing will require.

Dated: October 29, 2021
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge